1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| TRINIDAD RUIZ, | CASE NO. 10-CV-2023 MMA (BGS) |
|---|---|
| Plaintiff, | **ORDER:** |
| | **ADOPTING REPORT AND RECOMMENDATION;** |
| | [Doc. No. 23] |
| vs. | **GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;** |
| | [Doc. No. 18] |
| | **DENYING DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT; AND** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | [Doc. No. 19] |
| Defendant. | **REMANDING THE ACTION TO THE SOCIAL SECURITY ADMINISTRATION FOR FURTHER PROCEEDINGS** |

Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Bernard G. Skomal, filed on July 20, 2012, recommending that the Court deny in part and grant in part

Plaintiff's motion for summary judgment and deny Defendant's cross-motion for summary judgment. [Doc. No. 23]. Neither party objected to the Magistrate Judge's R&R.

The duties of the district court in connection with a Magistrate Judge's R&R are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). Where the parties object to a R&R, "[a] judge of the [district] court shall make a de novo determination of those portions of the [R&R] to which objection is made." 28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). When no objections are filed, the district court need not review the R&R de novo. *Wang v. Masaitis*, 416 F.3d 992, 1000 n. 13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). A district court may nevertheless "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *Wilkins v. Ramirez*, 455 F. Supp. 2d 1080, 1088 (S.D. Cal. 2006); *Or. Natural Desert Ass'n v. Rasmussen*, 451 F. Supp. 2d 1202, 1205 (D. Or. 2006).

After reviewing the R&R in its entirety, the Court finds that the Magistrate Judge's conclusions are thorough, well-reasoned, and supported by the record. In light of the foregoing, and the fact that neither party objected to the R&R, the Court hereby **ADOPTS** the R&R in its entirety.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Magistrate Judge's Report and Recommendation [Doc. No. 23] is **ADOPTED** in its entirety;
2. Plaintiff's Motion for Summary Judgment [Doc. No. 18] is **GRANTED IN PART AND DENIED IN PART**;
3. Defendant's Cross-Motion for Summary Judgment [Doc. No. 19] is **DENIED**; and
4. The action is **REMANDED** to the Social Security Administration for further proceedings consistent with this decision.

**IT IS SO ORDERED**.

DATED: August 31, 2012

Hon. Michael M. Anello
United States District Judge